# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00301-CR

---

**De H Nguyen, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2020-060, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant De Nguyen appeals his conviction for murder. *See* Tex. Penal Code § 19.02. Appellant challenges the legality of "Geofence warrants." Nguyen notified this Court that a case "focusing on the same similar issues regarding Geofence warrants, was recently granted Petition for Discretionary Review in the Court of Criminal Appeals." *See Wells v. State*, PD-0669-23 (Tex. Crim. App. Jan. 24, 2024). Appellant request that we delay our opinion until the Court of Criminal Appeals rules on the Geofence warrant issues in *Wells*. Petitioner's brief in *Wells* represents the issue of the legality of Geofence warrants as an issue of first impression.

We grant the motion and abate this cause. *See McCall v. State*, No. 03-19-00027-CR, 2021 WL 2371358, at *1 (Tex. App.—Austin June 9, 2021, no pet.) (abating appeal pending resolution of separate cause pending in Texas Court of Criminal Appeals). Appellant should notify this Court within thirty days of the Texas Court of Criminal Appeal's disposition of cause

No. PD-0669-23, though appellee may so inform this Court and this Court may reinstate this appeal on its own motion.

Before Chief Justice Byrne, Justices Triana and Kelly

Abated

Filed:   March 18, 2025

Do Not Publish